UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>TRISHA ANN MORROW,<br><br>            Defendant. | Case: 1:25-cr-20691<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 09-17-2025<br><br><br>Violation:<br>18 U.S.C. § 1343 |

_____

# INFORMATION
_____

**THE UNITED STATES ATTORNEY CHARGES:**

## GENERAL ALLEGATIONS

At all times material to this indictment:

### INTRODUCTION

1.    Northern Drilling, Inc. ("Northern Drilling") was a company based in Cheboygan, Michigan. Northern Drilling drilled residential and commercial water wells. Additionally, Northern Drilling provided well inspections, water testing, irrigation services, well chlorination, and installed water softener systems.

2.    Defendant Trisha Ann Morrow was a resident of Cheboygan County and an employee of Northern Drilling.

## DEFENDANT'S SCHEME

3.      Defendant served as the office manager for Northern Drilling. From at least 2016 through 2022, Defendant used Northern Drilling corporate credit cards and employee credit cards without authorization. Northern Drilling utilized four different sets of company credit cards during that time. Once Northern Drilling stopped actively using one card and switched to another servicer, Defendant continued to use the other credit cards for personal purchases. In order to disguise her fraudulent activity, Defendant then paid the credit card statements using Northern Drilling's bank account.

4.      Defendant made numerous personal purchases at various retailers, service providers, and more. Defendant utilized online websites to make these purchases and to pay off the credit card balances.

### Count One
### Wire Fraud
### 18 U.S.C. § 1343

5.      From on or about October 12, 2016, and continuing to on or about September 23, 2022, in the Eastern District of Michigan, Trisha Ann Morrow devised and intended to devise a scheme to defraud Northern Drilling, Inc., and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme, caused the transmission of any writing, signal, and sound by means of a wire

communication in interstate commerce, that is, communications via the internet, involving purchases utilizing Northern Drilling, Inc.'s credit cards and payments using Northern Drilling Inc.'s bank accounts, in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS
### Criminal Forfeiture - 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c)

6. The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2.

7. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon defendant's conviction of Count One, Wire Fraud in violation of 18 U.S.C. § 1343, the defendant, TRISHA MORROW, shall forfeit to the United States of America her interest in any property, real or personal, which constitutes or is derived from proceeds traceable to the scheme underlying her violation of Count One of the Information. Pursuant to 18 U.S.C. § 982(a)(1), upon defendant's conviction of Count One, the defendant, TRISHA MORROW, shall forfeit to the United States of America her interest in any property, real or personal, which constitutes or is derived from proceeds traceable to the scheme underlying her violation of Count Two of the

3

Information. Forfeiture includes, but is not limited to, the civil or criminal judicial forfeiture of the defendant's interests in the following property:

Real Property

- Real Property located at Potter Road, Cheboygan, Michigan, and being more fully described as:

    The NE 114 of the NE 1/4 of Section 4, T38N, R3W.

    PARCEL ID: 030-004-200-002-00

Vehicles

- One (1) 2007 Jeep Wrangler, VIN #1J4GA39197L112548 4DSW;

- One (1) 2013 Chevrolet Camaro 2Dr, VIN #2G1FS1EW6D9239239; and,

Forfeiture also includes the imposition of a forfeiture money judgment against the defendant, in favor of the United States, in an amount to be determined by the Court but no less than $388,852.02, representing the value of property constituting or derived from proceeds obtained by the defendant as a result of the scheme specified in Count One of the Information.

    8.    If any of the property described above, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

4

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Dated: July 28, 2025

JEROME F. GORGON, JR.
United States Attorney

| *s/William Orr* | *s/Anthony P. Vance* |
|---|---|
| WILLIAM ORR | ANTHONY P. VANCE |
| Assistant United States Attorney | Assistant United States Attorney |
| 101 First Street, Suite 200 | Chief – Branch Offices |
| Bay City, Michigan 48708 | 600 Church Street |
| Phone (989) 895-5712 | Flint, Michigan 48502-1280 |
| william.orr@usdoj.gov | Phone: (810) 766-5177 |
| Texas Bar No: 24102308 | anthony.vance@usdoj.gov |
| | P61148 |

5

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes**      x **No** | **AUSA's Initials:**   WO |

**Case Title:** USA v.   Trisha Ann Morrow

**County where offense occurred:**   Cheboygan

**Check One:**   **X Felony**      __ **Misdemeanor**      __ **Petty**

      _____Indictment/__X_Information ---  **no** prior complaint.
      _____Indictment/____Information ---  based upon prior complaint []
      _____Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐      Corrects errors; no additional charges or defendants.
☐      Involves, for plea purposes, different charges or adds counts.
☐      Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   September 16, 2025

*s/William Orr*
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: William.orr@usdoj.gov
Attorney Bar #:   Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.